IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HELLS CANYON PRESERVATION COUNCIL, CASCADIA WILDLANDS, CENTER FOR BIOLOGICAL DIVERSITY, AND OREGON WILD, | CV 11-543-BR<br><br>JUDGMENT OF DISMISSAL |
| Plaintiffs, | |
| v. | |
| PAUL HENSON AND, UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

Based upon the filing of the Notice of Voluntary Dismissal under FRCP 41(A)(1)(A) (#9) dated May 25, 2011, this matter is hereby **DISMISSED** without prejudice and without costs or attorney fees to either party.

Dated this 31st day of May, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL